FILED

02/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0695

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0695

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JOSEPH BENTON FLYNN,

Defendant and Appellant.

**GRANT OF EXTENSION**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 5, 2024, within which to prepare, file, and serve the State's response brief.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 29 2024